# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

XAVIER SHERROD TODD
Reg #16647-076                                                            PETITIONER

v.                           No. 2:16-cv-150-DPM

C. V. RIVERA, Warden,
FCI-Forrest City Medium                                                   RESPONDENT

## ORDER

Unopposed recommendation, № 7, adopted.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Todd's petition will be dismissed without prejudice for lack of jurisdiction.  His motion for default judgment, № 8, is denied without prejudice.  No certificate of appealability will issue.  28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 January 2017