# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

XAVIER SHERROD TODD
Reg #16647-076                                                      PETITIONER

v.                               No. 2:16-cv-150-DPM

C. V. RIVERA, Warden,
FCI-Forrest City Medium                                             RESPONDENT

## JUDGMENT

Todd's petition is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2017